# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 14-9021-WDK (PLAx)                                               Date July 14, 2015

Title:   J & J Sports Productions, Inc. v. Gabriela Silonzochilt

---

**PRESENT: THE HONORABLE    PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**    (ORDER TO SHOW CAUSE)

By Order dated March 2, 2015, the parties were advised that a mediation must be concluded no later than December 2, 2015.  On April 13, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 10, 2015, at 2:00 p.m.  A Mediation Report was filed on July 13, 2015, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than July 21, 2015, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's March 2, 2015, Order**.

cc:    Hon. William D. Keller
       Gail Killefer, ADR Coordinator
       Counsel of record

Initials of Deputy Clerk   ch

CV-90 (10/98)                                     CIVIL  MINUTES  -  GENERAL