Thomas P. Riley, SBN 194706  JS-6
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GABRIELA SILONZOCHILT, <br><br> Defendant, | CASE NO. 2:14-cv-09021-WDK-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GABRIELA SILONZOCHILT, individually and d/b/a MY HOUSE BILLIARDS |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant GABRIELA SILONZOCHILT, individually and d/b/a MY HOUSE BILLIARDS, that the above-entitled action is hereby dismissed **without prejudice** against GABRIELA SILONZOCHILT, individually and d/b/a MY HOUSE BILLIARDS.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 4, 2016, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
Case No. 2:14-cv-09021-WDK-PLA
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs. All pending motions are denied as moot.

**IT IS SO ORDERED**:

*[signature]*                                                                                          Dated: <u>February 04, 2016</u>

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**